

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2016

No. 04-16-00675-CV

Thomas **RETZLAFF**,
Appellant

v.

**KLEIN INVESTIGATIONS & CONSULTING** and James W. Landess,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17145
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

The motion to strike appellant's correspondence dated December 14, 2016 is GRANTED. This court will consider only the issues and arguments presented in the parties' respective briefs when this appeal is set for submission. No issues or arguments raised in the correspondence filed by either party prior to submission will be considered.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2016.

Keith E. Hottle
Clerk of Court